NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ASOCIACION DE EXPORTADORES E INDUSTRIALES DE ACEITUNAS DE MESA, AGRO SEVILLA ACEITUNAS S. COOP. AND., ANGEL CAMACHO ALIMENTACION, S.L.,**
*Plaintiffs-Appellants*

**ACEITUNAS GUADALQUIVIR, S.L.U.,**
*Plaintiff*

v.

**UNITED STATES, COALITION FOR FAIR TRADE IN RIPE OLIVES,**
*Defendants-Appellees*

---

2023-1162

---

Appeal from the United States Court of International Trade in No. 1:18-cv-00195-GSK, Judge Gary S. Katzmann.

---

**ON MOTION**

---

**O R D E R**

Appellants submit a motion for leave to enlarge their reply brief by 1,500 words.

Upon consideration thereof,

IT IS ORDERED THAT:

The briefing schedule is stayed pending the court's consideration of the motion.

FOR THE COURT

April 17, 2023  /s/ Peter R. Marksteiner
Date            Peter R. Marksteiner
                Clerk of Court