NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ASOCIACION DE EXPORTADORES E INDUSTRIALES DE ACEITUNAS DE MESA, AGRO SEVILLA ACEITUNAS S. COOP. AND., ANGEL CAMACHO ALIMENTACION, S.L.,**
*Plaintiffs-Appellants*

**ACEITUNAS GUADALQUIVIR, S.L.U.,**
*Plaintiff*

v.

**UNITED STATES, COALITION FOR FAIR TRADE IN RIPE OLIVES,**
*Defendants-Appellees*

---

2023-1162

---

Appeal from the United States Court of International Trade in No. 1:18-cv-00195-GSK, Judge Gary S. Katzmann.

---

**ON MOTION**

---

Before STOLL, *Circuit Judge*.

**O R D E R**

Upon consideration of Appellants' motion for leave to enlarge their reply brief by 1,500 words,

IT IS ORDERED THAT:

The motion is denied. Appellants' reply brief, not to exceed 7,000 words, is due within 21 days of the date of filing of this order.

FOR THE COURT

May 4, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court