# United States Court of Appeals for the Federal Circuit

___

ASOCIACION DE EXPORTADORES E INDUSTRIALES DE ACEITUNAS DE MESA, AGRO SEVILLA ACEITUNAS S. COOP. AND., ANGEL CAMACHO ALIMENTACION, S.L.,
*Plaintiffs-Appellants*

**ACEITUNAS GUADALQUIVIR, S.L.U.,**
*Plaintiff*

v.

**UNITED STATES, COALITION FOR FAIR TRADE IN RIPE OLIVES,**
*Defendants-Appellees*

___

2023-1162

___

Appeal from the United States Court of International Trade in No. 1:18-cv-00195-GSK, Judge Gary S. Katzmann.

___

**MANDATE**

___

In accordance with the judgment of this Court, entered May 20, 2024, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

July 12, 2024
Date

Jarrett B. Perlow
Clerk of Court